IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 3:24-CR-11 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | |
| AHMED HASSAN, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Ahmed Hassan, through undersigned counsel, respectfully moves this Court for an Order continuing his Sentencing Hearing currently scheduled to commence September 4, 2024, at 9:00 a.m.

Mr. Hassan and his attorney need additional time to prepare for this hearing. The United States, through its attorney Chris Meyers, has no objection to this request.

This motion is not made for any improper reason.

Dated: August 19, 2024.

/s/ Stormy Vickers
Stormy Vickers (ND 06539)
Attorney for Defendant
808 3rd Ave S., Ste 201
Fargo, ND 58103
T: 701.365.4884
F: 701.365.4885